MONTGOMERY ACCEPTANCE CORPORATION, Respondent, *v.* ANNA COON, Appellant.

(Submitted October 27, 1933; decided November 21, 1933.)

*Harry W. Williams* for appellant.

*Harold A. Lerman* and *Herbert Champagne* for respondent.

Judgment of the Appellate Division reversed and judgment of the Trial Term affirmed, with costs in this court and in the Appellate Division, upon the ground that replevy by the sheriff with delivery to the plaintiff during the pendency of an action to recover a chattel constitutes a retaking within the meaning and intent of section 76 of the Personal Property Law. No opinion. (See 263 N. Y. 608.)

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.